# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA

v.

JORGE CISNEROS-CUEVAS

**APPEARANCE**

Case Number: 07MJ2485

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JORGE CISNEROS-CUEVAS

I certify that I am admitted to practice in this court. PRO HAC VICE.

10/19/2007
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD    177301
Print Name    Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City    State    Zip Code

(619) 234-8467    (619) 687-2666
Phone Number    Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 19, 2007                              */s/ Linda Lopez*
                                                     LINDA LOPEZ
                                                     Federal Defenders of San Diego, Inc.
                                                     225 Broadway, Suite 900
                                                     San Diego, CA 92101-5030
                                                     (619) 234-8467  (tel)
                                                     (619) 687-2666  (fax)
                                                     e-mail: Linda_Lopez@fd.org